40 A.3d 1185

### James WELCH, Appellant

v.

**Edward PALKA, Individually; and as a Kingston, Luzerne Co. Police Officer; and Richard Kotchik, Individually; and as a Kingston, Luzerne Co. Police Officer; and Mario Scotti, Individually; and as an Avoca, Luzerne Co. Police Officer; and Robert Evans, Individually; and as an Avoca, Luzerne Co. Police Officer; and John Doe, Individually; and as a Plymouth, Luzerne Co. Police Officer, Appellees.**

Supreme Court of Pennsylvania.

March 26, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of March, 2012, the Order of the Commonwealth Court is AFFIRMED.